Date: 09/11/09        DIVIDENDS REMITTED TO THE COURT    *R #149033*    Page:

Check Number 126 Dated 09/11/09
Case Number 08-15043 - BURNS JR., SYLVESTER

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---:|---:|
| KAY JEWELERS<br>C/O WELTMAN, WEINBERG & REIS<br>323 W. LAKESIDE AVE., 2ND FL<br>CLEVELAND, OH 44113<br>  6916005 | 000004    *Check #126* | 81.72 | 1.66 |
| ---------- Remittance Total ------------ | | 81.72 | 1.66 |

*[signature]*
DAVIS, STEVEN S., Trustee

*[Filed stamp: 09 SEP 15 PM 2:54 — U.S. BANKRUPTCY COURT, NORTHERN DIST. OF OHIO, CLEVELAND]*

COURT1      Printed: 09/11/09 12:27 PM    Ver: 15.00a

08-15043-pmc    Doc 50    FILED 09/15/09    ENTERED 09/15/09 16:46:19    Page 1 of 1